

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2021

No. 04-20-00151-CV

John **PORTERFIELD**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

Appellee's motion for rehearing or reconsideration en banc from this court's October 27, 2021 Opinion on Motion for Rehearing was originally due November 11, 2021. Appellee requested an extension of that deadline until December 10, 2021, and we granted that request. On December 8, 2021, appellee filed a motion seeking a second extension of time, until December 30, 2021. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file its motion for rehearing or reconsideration en banc by December 30, 2021.

It is so **ORDERED** on December 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT